**Robert F. STEEVES, Plaintiff— Appellant,**

v.

**UNITED STATES of America; Andrew C. Von Eschenbach, Acting Commissioner of Food and Drugs, Defendants—Appellees.**

**and**

**Lester M. Crawford, Commissioner of Food and Drugs, United States Food and Drug Administration; Lester M. Crawford, individually and personally; Norris Alderson; Marlene Haffner; Murray Lumpkin, Defendants.**

No. 07–1022.

United States Court of Appeals, Fourth Circuit.

Submitted: June 22, 2007.

Decided: July 12, 2007.

Robert F. Steeves, Appellant Pro Se. Sara Bugbee Winn, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert F. Steeves appeals the district court's order granting the Appellees' motion to dismiss his civil complaint in which he alleged numerous workplace violations by current and former employees of the Food and Drug Administration. The district court found it lacked subject matter jurisdiction over Steeves's claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Steeves v. United States,* No. 3:05–cv–00043, 2006 WL 3526911 (W.D.Va., Dec. 6, 2006). We deny Steeves's motion to strike the Appellees' informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*